THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL t_stew_3@yahoo.com
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No.  CV 13-3831 CRB |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |
| v. | |
| MECHANICS BANK, CIVIC ARROYO, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date:  December 5, 2013                                        Date:  December 5, 2013


S/Martin H. Orlick,                                                  S/Thomas N. Stewart, III,
Attorney for Defendants                                        Attorney for Plaintiff


CV 13-3831 CRB                                  1

IT IS SO ORDERED:

Date:   December 6, 2013                            _____
                                                                     Judge